UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRANCISCO PEREZ and ELISARIO PEREZ,<br><br>Plaintiffs,<br><br>-v-<br><br>STANDUP 236 LLC d/b/a STAND UP NY, DANI ZOLDAN, and GABRIEL WALDMAN,<br><br>Defendants. | CIVIL ACTION NO.: 22 Civ. 6821 (PAE) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

The Court has been advised that the parties have reached a settlement in principle. (ECF min. entry Mar. 31, 2023).  By **Tuesday, April 18, 2023**, the parties shall file their settlement submissions for review and approval by the Honorable Paul A. Engelmayer pursuant to Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199, 206 (2d Cir. 2015).

Dated:   New York, New York
         April 3, 2023

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**