UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANCISCO PEREZ and ELISARIO PEREZ,

                Plaintiffs,

-v-

STANDUP 236 LLC d/b/a STAND UP NY, DANI ZOLDAN, and GABRIEL WALDMAN,

                Defendants.

CIVIL ACTION NO.: 22 Civ. 6821 (PAE) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

In light of the parties' settlement in principle (ECF min. entry Mar. 31, 2023), the telephone status conference scheduled for April 24, 2023 (ECF No. 14 at 5) is CANCELLED.

Dated:      New York, New York
            April 24, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**