> The parties' request at ECF No. 20 is GRANTED. By May 9, 2023, the parties shall file their motion for settlement approval by the Honorable Paul A. Engelmayer pursuant to <u>Cheeks v. Freeport Pancake House, Inc.</u>, 796 F.3d 199, 206 (2d Cir. 2015).
>
> The Clerk of Court is respectfully directed to close ECF No. 20.
>
> SO ORDERED    5/2/2023
>
> */s/ Sarah L. Cave*
> SARAH L. CAVE
> United States Magistrate Judge

Writer's direct dial: (212) 384-0258
Writer's email: michael@fishertaubenfeld.com

**VIA ECF**
Hon. Sarah L. Cave, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    Perez *et al.* v. Standup 236 LLC *et al.*
              Case No.: 22-cv-6821 (PAE) (SLC)

Dear Judge Cave:

      Along with Catholic Migration Services, this firm represents Plaintiffs in the above-captioned matter. Plaintiffs write to respectfully request an additional week, from May 2, 2023 to May 9, 2023, to submit the settlement agreement for <u>Cheeks</u> review. This is the second request of this kind, and Defendants consent. The reason for the request is that the parties have exchanged a draft and are still in the process of revising the draft. We therefore respectfully request an additional week to finalize the agreement.

      Thank you for your attention to the above.

                      Respectfully Submitted,

                      -----------/s/-----------
                      Michael Taubenfeld