**EGS**

Ellenoff Grossman & Schole LLP

1345 AVENUE OF THE AMERICAS – 11TH FLOOR
NEW YORK, NEW YORK 10105
TELEPHONE: (212) 370-1300
FACSIMILE:   (212) 370-7889
www.egsllp.com

> The parties' third request for an extension of time at ECF No.
> 22 is GRANTED.  By **May 23, 2023**, the parties shall file their
> motion for settlement approval by the Honorable Paul A.
> Engelmayer pursuant to Cheeks v. Freeport Pancake House,
> Inc., 796 F.3d 199, 206 (2d Cir. 2015).
>
> The Clerk of Court is respectfully directed to close ECF No. 22.
>
> SO ORDERED.    05/10/2023
>
> *Sarah Cave*
> SARAH L. CAVE
> United States Magistrate Judge

**VIA ECF**
Honorable Sarah L. Cave, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:    *Perez et. al. v. Standup 236 LLC d/b/a Stand Up NY et. al.*
       Docket No. 1:22-cv-06821-PAE-SLC

Dear Judge Cave,

We represent Standup 236 LLC d/b/a Stand Up NY, Dani Zoldan and Gabriel Waldman ("Defendants") in the above-referenced matter. Defendants write to respectfully request an additional two weeks, from May 9, 2023 to May 23, 2023 to submit the settlement agreement for *Cheeks* review. The parties have exchanged a draft and are in the final stages of revising the settlement agreement. This is Defendants' first request for such an extension, and Plaintiffs' counsel consents to the request.

Thank you for your kind attention to this request.

Very truly yours,

ELLENOFF GROSSMAN & SCHOLE LLP

Jennifer Calamia, Esq.