F I S H E R  |  T A U B E N F E L D  L L P

225 Broadway, Suite 1700
New York, New York 10007
**Main** 212.571.0700
**Fax** 212.505.2001
www.fishertaubenfeld.com

Writer's direct dial: (212) 384-0258
Writer's email: michael@fishertaubenfeld.com

**VIA ECF**
Hon. Sarah L. Cave, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> The parties' fourth request for an extension of time at ECF No. 24 is GRANTED. By **June 6, 2023**, the parties shall file their motion for settlement approval by the Honorable Paul A. Engelmayer pursuant to Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199, 206 (2d Cir. 2015).
>
> The Clerk of Court is respectfully directed to close ECF No. 24.
>
> SO ORDERED.   05/23/2023
>
> *[signature]*
> SARAH L. CAVE
> United States Magistrate Judge

Re:   Perez *et al.* v. Standup 236 LLC *et al.*
Case No.: 22-cv-6821 (PAE) (SLC)

Dear Judge Cave:

      Along with Catholic Migration Services, this firm represents Plaintiffs in the above-captioned matter. The parties write to respectfully request an additional two weeks, from May 23, 2023 to June 6, 2023, to submit the settlement agreement for Cheeks review. The reason for the request is that the parties need to finalize a few remaining issues in the agreement so that they will have a final version for the parties to sign. Given the upcoming Memorial Day Weekend and the Jewish holiday starting on Thursday night, which I observe, the parties are requesting a two-week extension. The parties do not anticipate requesting any additional extensions. We therefore respectfully request an additional week to finalize the agreement.

      Thank you for your attention to the above.

Respectfully Submitted,

-----------/s/-----------
Michael Taubenfeld