**EGS**

Ellenoff Grossman & Schole LLP

1345 AVENUE OF THE AMERICAS – 11TH FLOOR
NEW YORK, NEW YORK 10105
TELEPHONE: (212) 370-1300
FACSIMILE:   (212) 370-7889
www.egsllp.com

> The parties' fifth request for an extension of time at ECF No. 26 is GRANTED.  By **June 20, 2023**, the parties shall file their motion for settlement approval by the Honorable Paul A. Engelmayer pursuant to Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199, 206 (2d Cir. 2015).
>
> The Clerk of Court is respectfully directed to close ECF No. 26.
>
> SO ORDERED.     6.6.2023
>
> _Sarah Cave_
> SARAH L. CAVE
> United States Magistrate Judge

**VIA ECF**

Honorable Sarah L. Cave, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *Perez et. al. v. Standup 236 LLC d/b/a Stand Up NY et. al.*
           Docket No. 1:22-cv-06821-PAE-SLC

Dear Judge Cave,

    We represent Standup 236 LLC d/b/a Stand Up NY, Dani Zoldan and Gabriel Waldman ("Defendants") in the above-referenced matter. In accordance with Your Honor's Individual Practices in Civil Cases, ¶ I(D), Defendants, with Plaintiffs, write to respectfully request an additional two weeks, from June 6, 2023 up to and including June 20, 2023, to submit the signed settlement agreement for *Cheeks* review. This is the parties' fifth joint request for such an extension of time, all of which have been granted. The parties are pleased to report, however, that all terms of the settlement agreement have been finalized, with both Plaintiffs and all but one Defendant able to sign as soon as today.  The reason for this request is that one of the Defendants had to abruptly travel out of the country and is therefore unable to execute the settlement agreement today as anticipated. Should the parties ultimately be able to fully-execute the settlement agreement prior to June 20, 2023, it will be submitted to the Court without any further undue delay.

    The parties thank the Court for its anticipated courtesies.

                Very truly yours,

                ELLENOFF GROSSMAN & SCHOLE LLP

                Ilan Weiser, Esq.