UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANCISCO PEREZ and ELISARIO PEREZ,

                        Plaintiffs,

-v-

STANDUP 236 LLC d/b/a STAND UP NY, DANI ZOLDAN, and GABRIEL WALDMAN,

                        Defendants.

CIVIL ACTION NO.: 22 Civ. 6821 (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of the parties' joint request for settlement approval at ECF No. 28.

First, although the settlement agreement (ECF No. 28-1 (the "Agreement")) references a stipulation of dismissal annexed thereto as "Exhibit B" (id. ¶ 5), no such document is attached to the Agreement. (See id.) By **July 6, 2023**, the parties shall file a complete version of the Agreement including all exhibits internally referenced therein.

Second, the Agreement does not contain a representation that the primary language of Plaintiffs Francisco Perez and Elisario Perez is English, or, alternatively, that the Agreement was translated into their primary language(s) prior to execution. By **July 6, 2023**, Plaintiffs shall file a letter addressing this issue.

Dated:     New York, New York
            June 27, 2023

                                              SO ORDERED.

                                              _/s/ Sarah L. Cave_
                                              **SARAH L. CAVE**
                                              **United States Magistrate Judge**